

**U.S. Department of Justice**

*Eastern District of California*
*United States Attorney*

McGregor W. Scott
United States Attorney

501 I Street, Suite 10-100  916/554-2700

Sacramento, California  95814  Fax 916/554-2900
TTY 916/554-2855

December 7, 2005

Honorable Kimberly J. Mueller
U. S. Magistrate Judge
501 I Street
Sacramento, California  95814

    Re:  United States v. John Clifton Manyfield
         Magistrate # 05-096-KJM
         <u>Unlawful Flight to Avoid Prosecution</u>

Dear Magistrate Mueller:

    There was filed before you, on March 31, 2005, a complaint for unlawful flight to avoid prosecution.

    We have been notified by the Federal Bureau of Investigation that the subject was shot and killed during his arrest.

    Therefore, we respectfully request that the complaint be dismissed and the warrant recalled.

                        Very truly yours,

                        McGREGOR W. SCOTT
                        United States Attorney


                        By <u>/s/ THOMAS E. FLYNN</u>
                           THOMAS E. FLYNN
                        Assistant U.S. Attorney

IT IS SO ORDERED:

                            _____
                            UNITED STATES MAGISTRATE JUDGE

DATED:  December 7, 2005.